In the Matter of ARTHUR J. GOODWIN, Respondent, against MARK GRAVES, as Commissioner of Taxation and Finance of the State of New York, Appellant.

Argued April 30, 1942; decided June 11, 1942.

*John J. Bennett, Jr., Attorney-General (Bernard L. Alderman* and *Patrick H. Clune* of counsel), for appellant.

*Raymond M. Bush* for respondent.

Order affirmed, without costs, and question certified answered in the negative. We agree with the Appellate Division that the petitioner having asserted that the determination was made in Onondaga county, it cannot be determined as a matter of law upon this record that it was made elsewhere. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.